UNITED STATES of America, Plaintiff–Appellee,

v.

Virgil Edward GRANT, III, Defendant–Appellant.

No. 10–50181.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Dec. 23, 2011.

Mark Childs, Esquire, Christopher Lui, Michael J. Raphael, Esquire, Assistant U.S. Attorneys, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Robison D. Harley, Jr., Esquire, Santa Ana, CA, for Defendant–Appellant.

Virgil Edward Grant, III, San Pedro, CA, pro se.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Virgil Edward Grant, III, appeals from his guilty-plea conviction and 72–month sentence for conspiracy to distribute 100 or more kilograms of marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 846. Pursuant to *Anders v. California*, 386 U.S. 738,

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Grant's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**